## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK
## (SYRACUSE)

| | | |
|---|---|---|
| LINDSAY MARIE GEORGE, | ) | Case 5:22-cv-01182-GTS-DJS |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) **Joint Stipulation for Remand** | |
| | ) (Document Filed Electronically) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| *Defendant*. | ) | |

### Joint Stipulation for Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g)

The parties, through their respective counsel, stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including a *de novo* administrative hearing and a new decision.   The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: February 8, 2023

By:*/s/ Jason P. Peck*

   Jason P. Peck
   Special Assistant U.S. Attorney
   Office of Program Litigation – 2
   Office of the General Counsel
   Social Security Administration
   Phone:  (212) 264-2493
   Duty station time zone:  Eastern
   jason.peck@ssa.gov

By:   */s Justin M. Goldstein*

   Justin M. Goldstein
   Law Offices of Kenneth Hiller, PLLC
   6000 North Bailey Avenue - Suite 1A
   Amherst, NY 14226
   716-564-3288
   Fax: 716-332-1884
   Email: jgoldstein@kennethhiller.com

**So Ordered:**

Glenn T. Suddaby
U.S. District Judge

Dated: February 9, 2023