UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(SYRACUSE)

| | |
|---|---|
| **LINDSAY MARIE GEORGE,** *Plaintiff*, | ) Case 5:22-cv-01182-GTS-DJS ) ) |
| vs. | ) ) ) Joint Stipulation for Remand ) (Document Filed Electronically) |
| **KILOLO KIJAKAZ, ACTING COMMISIONER OF SOCIAL SECURITY,** *Defendant*. | ) ) ) |

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Jason P. Peck, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin M. Goldstein, *Esq*., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$901.71,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: March 2, 2023

By:/s/ *Jason P. Peck*

Jason P. Peck
Special Assistant U.S. Attorney
Office of Program Litigation – 2
Office of the General Counsel
Social Security Administration
Phone:  (212) 264-2493
Duty station time zone:  Eastern
jason.peck@ssa.gov

By:   /s *Justin M. Goldstein*

Justin M. Goldstein
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue - Suite 1A
Amherst, NY 14226
716-564-3288
Fax: 716-332-1884
Email: jgoldstein@kennethhiller.com

IT IS SO ORDERED:

Glenn T. Suddaby
U.S. District Judge

Dated:  3/2/2023
Syracuse, NY